In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-19-00395-CV
_____

**LEROY T. EDWARDS JR., Appellant**

**V.**

**MONTGOMERY CENTRAL APPRAISAL DISTRICT, Appellee**

**On Appeal from the 284th District Court**
**Montgomery County, Texas**
**Trial Cause No. 18-07-09646-CV**

**MEMORANDUM OPINION**

On December 10, 2019, we notified the parties that the appeal would be dismissed unless the appellant remitted the filing fee for the appeal. Appellant did not respond.

Appellant did not file an affidavit of indigence on appeal and has not shown that he is entitled to proceed without payment of costs. *See* Tex. R. App. P. 20.1.

1

There being no satisfactory explanation for the failure to pay the filing fee for the appeal, the appeal is dismissed for want of prosecution. *See* Tex. R. App. P. 42.3.

APPEAL DISMISSED.

PER CURIAM

Submitted on January 15, 2020
Opinion Delivered January 16, 2020

Before McKeithen, C.J., Horton and Johnson, JJ.

2